UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| HENRY SHEBITZ, Derivatively on behalf of CBL & ASSOCIATES PROPERTIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>STEPHEN D. LEBOVITZ, *et al.*, <br><br>Defendants. | ) ) ) ) ) ) ) ) No. 1:19–CV–213 ) ) ) ) ) |

## **ORDER**

This matter is before the Court on the nominal Defendant's Notice of Suggestion of Bankruptcy. [Doc. 27]. This case is hereby STAYED. 11 U.S.C. § 362. Plaintiffs may move to lift the stay at the proper time. *Id*

So ordered.

ENTER:

                                                      s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE